1    JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,** | Case No. SA CV 21-00126 WDK (JCx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **JACOB GEORGE POOZHIKALA, et al.,** | |
| Defendants. | |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendants Jacob George Poozhikala, individually and d/b/a JP23 Urban Kitchen & Bar, and JP23 Hospitality Company, an unknown business entity d/b/a JP23 Urban Kitchen & Bar, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendants Jacob George Poozhikala, individually and d/b/a JP23 Urban Kitchen & Bar, and JP23 Hospitality Company, an unknown business entity d/b/a JP23 Urban Kitchen & Bar, as follows:

    (a)    defendants Jacob George Poozhikala, individually and d/b/a JP23

Urban Kitchen & Bar, and JP23 Hospitality Company, an unknown business entity d/b/a JP23 Urban Kitchen & Bar, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $12,300.00 in total damages plus attorneys' fees in the amount of $1,338.00 plus costs.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants, or the pro se defendants in this matter.

Dated: May 5, 2022

_____

William Keller
United States District Judge